IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE P. O'DONNELL, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-6529 |
| | : | |
| v. | : | |
| | : | |
| COLONIAL INTERMEDIATE UNIT 20, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 27th day of March, 2013, it is hereby ORDERED as that Defendant Colonial Intermediate Unite 20's Second Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 8) is GRANTED as follows:  Plaintiff Lawrence P. O'Donnell's claims pursuant to the Americans With Disabilities Act (Count I) and Pennsylvania Human Relations Act (Count II) are DISMISSED WITHOUT PREJUDICE and with leave to file an amended complaint; Plaintiff's claims pursuant to the Family Medical Leave Act (Count III) and 42 U.S.C. § 1983 (Count IV) are DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II      J.